JOHN SORENSON, PLAINTIFF IN ERROR, v. D. M. BENEDICT, DEFENDANT IN ERROR.

MAXWELL, J.

The questions presented in this case are substantially the same as those in *Peru Plow & Wheel Co. against Benedict,* just decided, and the same judgment will be en-tered.   The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.